ALLOWED, based on the merits and based on Plaintiffs' failure — despite ample time and clear warnings — to file any opposition to the motion. The clerk will enter judgment for Defendants. This case may now be closed. So ordered. Michael A. Ponsor USDJ 1.12.12

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
ART BUNDY and DWIGHT M. NANCE,
Derivatively on Behalf of Nominal Defendant
SMITH & WESSON HOLDING
CORPORATION,

        Plaintiff,

v.

MICHAEL F. GOLDEN, JOHN A. KELLY,
BARRY M. MONHEIT, ROBERT L.
SCOTT, JEFFREY D. BUCHANAN, JOHN
B. FURMAN, COLTON R. MELBY,
MITCHELL A. SALTZ, and I. MARIE
WADECKI,

        Defendants,

and

SMITH & WESSON HOLDING
CORPORATION

        Nominal Defendant.
---------------------------------------------------------x

Case No. 3:11-cv-30018-MAP

## DEFENDANTS' MOTION TO DISMISS
## THE VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

Defendants Michael F. Golden, John A. Kelly, Barry M. Monheit, Robert L. Scott, Jeffrey D. Buchanan, John B. Furman, Colton R. Melby, Mitchell A. Saltz, and I. Marie Wadecki (collectively the "Individual Defendants"), respectfully request that this Court dismiss the Verified Shareholder Derivative Complaint filed by Plaintiffs in this action in its entirety. The reasons for this Motion to Dismiss are set forth more fully in the accompanying Memorandum in Support of Defendants' Motion to Dismiss the Verified Shareholder Derivative Complaint.

1