DENIED. The issues in play related to the motion to dismiss in this case will not be affected significantly by the First Circuit's decision in the related securities class action. So ordered. Michael A. Ponsor USDJ 1.12.12

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ART BUNDY and DWIGHT M. NANCE,
Derivatively on Behalf of Nominal Defendant
SMITH & WESSON HOLDING
CORPORATION,

    Plaintiff,

v.

MICHAEL F. GOLDEN, JOHN A. KELLY,
BARRY M. MONHEIT, ROBERT L.
SCOTT, JEFFREY D. BUCHANAN, JOHN
B. FURMAN, COLTON R. MELBY,
MITCHELL A. SALTZ, AND I. MARIE
WADECKI,

    Defendants,

and

SMITH & WESSON HOLDING
CORPORATION,

    Nominal Defendant.

Case No. 3:11-cv-30018-MAP

## CROSS-MOTION TO DEFENDANTS' MOTION TO DISMISS THE VERIFIED SHAREHOLDER COMPLAINT

I.     **INTRODUCTION**

Plaintiffs Art Bundy and Dwight M. Nance ("Plaintiffs") respectfully move the Court to stay the proceeding in the above-captioned action (the "Bundy Action"), including the briefing and determination of any dismissal motions, until the outcome of the pending appeal in the related securities class action entitled In re Smith & Wesson Holding Corp. Sec. Litig., No. 07-cv-30238-MAP ("Securities Class Action"), in the United States Court of Appeals for the First

487654.1