# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ART BUNDY and DWIGHT M. NANCE, )<br>Derivatively on Behalf of Nominal Defendant )<br>SMITH & WESSON HOLDING CORPORATION, )<br>        Plaintiff(s)                 )<br>                                 )<br>                v.                  )<br>                                 )<br>MICHAEL F. GOLDEN, JOHN A. KELLY    )<br>BARRY M. MONHEIT, ROBERT L. SCOTT,  )<br>JEFFREY D. BUCHANAN, JOHN B.         )<br>FURMAN, COLTON R. MELBY, MITCHELL  )<br>A. SALTZ, and I. MARIE WADECKI,       )<br>        Defendant(s)   and       )<br>                                 )<br>SMITH & WESSON HOLDING CORPORATION, )<br>        Nominal Defendant(s)      ) | CIVIL ACTION<br>NO.3:11-cv-30018-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Michael F. Golden, et al., against the plaintiffs Art Bundy, et al., pursuant to the courts endorsed order entered this date, granting defendants motion to dismiss.

                                              **SARAH A. THORNTON**,
                                              CLERK OF COURT

Dated: January 12, 2012                   By  /s/ *Maurice G. Lindsay*
                                                   Maurice G. Lindsay, Deputy Clerk

(Civil Judgment - Multi-Dft & Pty's (Routine).wpd - 11/98)    [jgm.]